■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE BRENDA CARR, Appellant.—Judgment reversed, on the law, and indictment dismissed. Memorandum: The testimony convicting defendant of the sale of one tenth of a gram of cocaine was so inconsistent, contradictory and implausible, we find the record as a whole deficient and that guilt has not been established beyond a reasonable doubt as a matter of law (*see, People v Reed,* 40 NY2d 204, 208; *People v Santos,* 38 NY2d 173, 176; *People v Oyola,* 6 NY2d 259, 261).

All concur, except Hancock, Jr., J. P., and Callahan, J., who dissent and vote to affirm, in the following memorandum.

Hancock, Jr., J. P., and Callahan, J. (dissenting). We would affirm. Matters of credibility are for the trier of fact (*see, People v Thomas,* 53 NY2d 983). Adopting, as we must, the view of the evidence most favorable to the People (*see, People v Kennedy,* 47 NY2d 196, *rearg dismissed* 48 NY2d 635), we conclude that the verdict is supported by the weight of the evidence. (Appeal from judgment of Oneida County Court,

Buckley, J.—criminal sale of controlled substance, third degree.) Present—Hancock Jr., J. P., Callahan, Doerr, Denman and Green, JJ.